

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-15-00077-CV

---

JAMIL SAYFI D/B/A FARMERS TRUCK CENTER, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 53rd District Court
Travis County, Texas
Trial Court No. D-1-GV-08-001425

---

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Jamil Sayfi d/b/a Farmers Truck Center has filed a motion with this Court seeking to dismiss this appeal.[1] Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, we dismiss this appeal.

Bailey C. Moseley
Justice

Date Submitted: October 13, 2015
Date Decided: October 14, 2015

---

[1] Originally appealed to the Third Court of Appeals in Austin, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013). We are unaware of any conflict between precedent of the Third Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.

2